```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON

CURT D. McGOVERN,                )
                                 )   No. CV-09-218-RHW
             Plaintiff,          )
                                 )   ORDER ADOPTING REPORT AND
v.                               )   RECOMMENDATION AND CLOSING
                                 )   FILE
DAVE SENEY, JOHN MAN,            )
                                 )
             Defendant.          )
                                 )
```

Magistrate Judge Imbrogno filed a Report and Recommendation on July 24, 2009, recommending the file in this matter be closed. There being no objections, the court **ADOPTS** the Report and Recommendation.

**IT IS SO ORDERED**. The District Court Executive shall close the file and forward a copy of this Order to Plaintiff.

Dated this 13th day of August, 2009.

                    *s/Robert H. Whaley*

                    ROBERT H. WHALEY
           Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1